**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-457T** **DATE: June 29, 2005**

**TITLE: James Edward Van Epp, Jr. v. Brown University**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** James Edward Van Epp, Pro Se
Janice Wright, Esq.

**PROCEEDING:** Defendants' Motion to Dismiss

Argument.

**RULING:** Defendants to product affidavits by 7/6/05
Plaintiff has 1 week to respond
Court takes under advisement.
R&R to follow.