UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES EDWARD VAN EPP, JR.

          v.                     CA No. 04-457-T

BROWN UNIVERSITY, PAUL
WILLIARD, LYNN ROSSI,
and ROBERTA GORDON

## ORDER GRANTING MOTION TO DISMISS

Defendants' motion to dismiss is hereby GRANTED and this case is dismissed without prejudice.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Sept. 20, 2005