UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES EDWARD VAN EPP, JR.

v. CA No. 04-457-T

BROWN UNIVERSITY, PAUL
WILLIARD, LYNN ROSSI,
and ROBERTA GORDON

**ORDER GRANTING MOTION**
**TO DISMISS**

Defendants' motion to dismiss is hereby GRANTED and this case is dismissed without prejudice.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Chief Judge

Date: Sept. 20, 2005