**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES EDWARD VAN EPP, JR.,
Plaintiff

vs. C.A. NO. 04-457T

BROWN UNIVERSITY, PAUL
WILLIARD, LYNN ROSSI,
and ROBERTA GORDON,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to an Order Granting Motion to Dismiss dated September 20, 2005 signed and entered by Judge Ernest C. Torres dismissing the case without prejudice, judgment hereby enters in favor of the Defendants.

Enter:

Deputy Clerk

Dated: September 21, 2005