RECEIVED
JUN 14 2006
Property of U.S. District Court
District of Rhode Island

AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

FOR COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1. NAME James E. Van Epp, Jr. | 2. PHONE NUMBER 401-737-4451 | 3. DATE 6/14/06 | |
| 4. MAILING ADDRESS 212 Sandy Ln., Apt. 101A | 5. CITY Warwick | 6. STATE RI | 7. ZIP CODE 02889 |
| 8. CASE NUMBER 04-457-T | 9. JUDGE Torres | DATES OF PROCEEDINGS: 10. FROM 8/2/05 | 11. |
| 12. CASE NAME Van Epp vs. Brown Univ, et al | | LOCATION OF PROCEEDINGS: 13. Providence | 14. |

15. ORDER FOR

☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL ☒ CIVIL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ BANKRUPTCY ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 6/29/05 | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | " | | |
| ☒ OPENING STATEMENT | " | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | " | ☐ PRE-TRIAL PROCEEDING | |
| ☒ CLOSING ARGUMENT (Defendant) | " | | |
| ☒ OPINION OF COURT | " | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | all spoken by | |
| ☐ BAIL HEARING | | all parties (including judge) | 6/29/05 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE James E. Van Epp, Jr.

PROCESSED BY

19. DATE 6/14/06

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY